## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**TX 7-183-056**
Effective date of registration:
July 29, 2010

### Title
- **Title of Work:** C++ Toolkit Version 2.1

### Completion/Publication
- **Year of Completion:** 1998
- **Date of 1st Publication:** July 2, 1998
- **Nation of 1st Publication:** United States

### Author
- **Author:** ObjectSpace, Inc.
- **Author Created:** computer program
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Recursion Software, Inc.
  2591 North Dallas Parkway, Suite 200, Frisco, TX, 75034, United States
- **Transfer Statement:** By written agreement

### Limitation of copyright claim
- **Material excluded from this claim:** computer program, previous version
- **New material included in claim:** computer program

### Certification
- **Name:** Gavin George
- **Date:** July 29, 2010
- **Applicant's Tracking Number:** 31986.4

**EXHIBIT B**