*Software License and Warranty Agreement*

*Copyright 1996, 1997, 1998, ObjectSpace, Inc.*

*IMPORTANT - READ BEFORE PROCEEDING*

WHEREAS, ObjectSpace, Inc. ("ObjectSpace") is the owner of valuable intellectual property rights relating to the computer programs and documentation associated with the contents of "the Product" and wishes to license the Product subject to the terms and conditions set forth below; and

WHEREAS, you ("Licensee") acknowledge that ObjectSpace, Inc. has the right to grant licenses to the intellectual property rights relating to the Product, and that you desire to obtain a license to use the Product subject to the terms and conditions set forth below; ObjectSpace, Inc. grants Licensee a non-exclusive, non-transferable license to use the Product and related materials provided the Licensee adheres to all of the terms and conditions of this Agreement.

By selecting YES below, Licensee is accepting the terms and conditions of this agreement and agrees to take all necessary steps to ensure that the terms and conditions of this Agreement are not violated by any person or entity under the Licensee's control or in the Licensee's service.  If Licensee does not accept the terms of this agreement, select CANCEL below and return all materials within 30 days of original date of purchase.

Licensee may use the Product on one CPU ("workstation") and make one backup copy.

Licensee is permitted to use, and if necessary, modify software in the Product for use in Licensee's projects. Licensee is permitted to distribute executable software which is created using software in the Product without paying royalty to ObjectSpace, except a program of similar purpose to the Product.  Licensee is only permitted to distribute the software in the Product in the form of a shared library or dynamic link library solely to be used with Licensee's compiled executables for the purposes of dynamic loading.  Except as permitted above, Licensee is prohibited from redistributing any portion of the software or online documentation in the Product in any form of printed or electronic communication including but not limited to magnetic media, Internet communications, and bulletin boards.

OBJECTSPACE, INC. DISCLAIMS AND MAKES NO REPRESENTATIONS OR WARRANTIES ABOUT THE SUITABILITY OF THE PRODUCT, EITHER EXPRESSED OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT.  OBJECTSPACE, INC. SHALL NOT BE LIABLE FOR ANY DIRECT OR CONSEQUENTIAL DAMAGES SUFFERED BY LICENSEE AS A RESULT OF USING, MODIFYING, OR DISTRIBUTING WORKS CREATED USING THE PRODUCT.

Except as specifically provided in this Agreement, you are expressly prohibited from copying, modifying, merging, selling, leasing, assigning, or transferring in any manner, the software or software documentation in the Product.

This agreement shall be construed and enforced in accordance with the laws of the United States of America and the State of Texas (excluding its choice of law rules).

Address:

ObjectSpace, Inc.
14850 Quorum Drive,
Suite 500, Dallas,
TX  75240
1-800-OBJECT1, or 972-726-4100

C++ ToolKits:

Phone: 972-726-4500
Sales: sales@objectspace.com
Support: csupport@objectspace.com

**EXHIBIT D**